THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATRINA ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 15-CV-114-GKF-FHM |
| | ) |
| ORS NASCO, LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Katrina Rogers, and Defendant, ORS Nasco, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the refiling thereof. The parties stipulate that they shall bear their own attorneys' fees and costs.

Dated this 7th day of April, 2016.

Respectfully submitted,

s/Lauren G. Lambright
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
Smolen, Smolen & Roytman, PLLC
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
Phone: (918) 585-2667
Fax:    (918) 585-2669
Email: laurenlambright@ssrok.com
*Attorneys for Plaintiff*

AND



s/Kimberly Lambert Love
*\*Signed by Filing Attorney with permission of Defendant's Attorney*
Kimberly Lambert Love, OBA# 10879
Robyn M. Funk, OBA #19810
Titus Hillis Reynolds Love Dickman & McCalmon
15 East 5th Street, Suite 3700
Tulsa, OK  74103
Phone:  918/587-6800 Fax:   918/587-6822
Email:  klove@titushillis.com
*Attorneys for Defendant*